

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 2 3 2020
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | |
|---|---|
| MARQUISA WINCE, and MARY CANTWELL, | |
| | PLAINTIFFS, |
| v.    Case No. 4:20-CV-1274-JM | |
| JOHN THURSTON, in his official capacity as the Secretary of State of Arkansas and his official capacity as Chairman of the Arkansas State Board of Election Commissioners; SHARON BROOKS, in her official capacity as a member of the Arkansas State Board of Election Commissioners; JAMES HARMON SMITH, III, in his official capacity as a member of the Arkansas State Board of Election Commissioners; BILENDA HARRIS-RITTER, in her official capacity as a member of the Arkansas State Board of Election Commissioners; CHARLES ROBERTS, in his official capacity as a member of the Arkansas State Board of Election Commissioners; WILLIAM LUTHER, in his official capacity as a member of the Arkansas State Board of Election Commissioners; and JAMES SHARP, in his official capacity as a member of the Arkansas State Board of Election Commissioners, | |
| | DEFENDANTS. |

## ANSWER

Defendants file this Answer to Plaintiffs' Complaint (attached to Doc. No. 1, Notice of Removal), which brings claims under the U.S. Constitution and the Arkansas Constitution, and respond to the numbered paragraphs in the Complaint with the following correspondingly numbered paragraphs. Except as otherwise specifically admitted in this Answer, Defendants deny every allegation in the Complaint, including any allegations in the Complaint's headings and footnote.

1.  This paragraph contains legal arguments and conclusions to which no response is required. To the extent a response is required, Defendants deny any allegations in this paragraph.

2.  This paragraph contains legal arguments and conclusions to which no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

3.  This paragraph contains legal arguments and conclusions to which no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. Defendants deny that Plaintiffs are entitled to any relief from this court.

4.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

5.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

6.  Defendants admit that John Thurston is the Arkansas Secretary of State. The rest of this paragraph contains legal arguments and conclusions to which no response is required. To the extent a response is required, Defendants deny any remaining allegations in this paragraph.

7.  Defendants admit that Sharon Brooks, James Harmon Smith, III, Bilenda Harris-Ritter, Charles Roberts, Williams Luther, and James Sharp are members of the State Board of Election Commissioners. The rest of this paragraph—including the subparagraphs—contains legal arguments and conclusions to which no response is required. To the extent a response is required, Defendants deny any remaining allegations in this paragraph.

8. Defendants deny that Plaintiffs are entitled to the relief listed in this paragraph. The rest of this paragraph contains legal arguments and conclusions to which no response is required. To the extent a response is required, Defendants deny any remaining allegations in this paragraph.

9. As of the time of filing this Answer, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

10. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a response is required, Defendants deny any remaining allegations in this paragraph.

11. Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

12. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

13. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

14. Defendants admit that on August 7, 2020, Governor Asa Hutchinson entered Executive Order No. 20-44. Defendants deny that this paragraph adequately paraphrases the executive order and direct the Court to the text of the executive order itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

15. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

16. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

17. Defendants admit that on October 13, 2020, Governor Asa Hutchinson entered Executive Order No. 20-48. Defendants deny that this paragraph adequately paraphrases the executive order and direct the Court to the text of the executive order itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

18. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

19. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

20. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

21. Defendants deny that this paragraph adequately paraphrases the cited provisions and direct the Court to the text of the provisions themselves. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

22.     Defendants deny that this paragraph adequately paraphrases the provisions governing the processing and counting of absentee ballots and direct the Court to the text of the provisions themselves. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

23.     Defendants deny that this paragraph adequately paraphrases the provisions governing the processing and counting of absentee ballots and direct the Court to the text of the provisions themselves. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.[1]

24.     Defendants admit that EO 20-44 provides: "A suspension of Arkansas law to the extent necessary to address an anticipated increase in absentee voting at the August 11, 2020, Special Elections and that November 3, 2020, General Election, so election officials, as defined by Arkansas Code Annotated § 7-1-101, may, pursuant to Arkansas Code Annotated § 7-5-416, open outer envelopes, process, and canvass absentee voter correspondence up to fifteen (15) days before the day of the Special or General Election to coincide with early voting under Arkansas Code Annotated § 7-5-418." Defendants otherwise deny that this paragraph adequately paraphrases the cited provision and executive order and direct the Court to the text of the provision and executive order themselves. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

---

[1] This footnote contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this footnote.

25. Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

26. Defendants deny the allegations in this paragraph.

27. Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

28. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

29. Defendants deny that this paragraph adequately paraphrases the executive order and direct the Court to the text of the executive order itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

30. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

31. Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

32. Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

33. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

34. Defendants deny that this paragraph adequately paraphrases the cited provisions and direct the Court to the text of the provisions themselves. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

35. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

36. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

37. Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

38. Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal

arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

39. Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

40. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

41. Defendants reallege all their previous responses.

42. Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

43. Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

44. Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

45.     Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

46.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

47.     Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

48.     Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

49.     Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

50.     Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

51. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

52. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

53. Defendants reallege all their previous responses.

54. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

55. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

56. Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

57. Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

58. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

59. Defendants reallege all their previous responses.

60. Defendants deny that this paragraph adequately paraphrases the cited provision and direct the Court to the text of the provision itself. Additionally, this paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

61. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

62. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

63. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

64. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

65. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a further response is required, Defendants deny any remaining allegations in this paragraph.

66. Additionally, Defendants deny that Plaintiffs are entitled to any of the relief requested in the prayer for relief.

Dated: October 23, 2020

Respectfully submitted,

LESLIE RUTEDGE
  Arkansas Attorney General

VINCENT M. WAGNER (2019071)
  Deputy Solicitor General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-8090
(501) 682-7395 (fax)
vincent.wagner@arkansasag.gov

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I certify that served Plaintiffs' counsel, John E. Tull, III, by email (jtull@qgtlaw.com) with a hard copy following by first-class mail, postage prepaid on October 23, 2020.

Vincent M. Wagner

12