IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| MARQUISA WINCE and<br>MARY CANTWELL | PLAINTIFFS |
| v.      Case No. 4:20-cv-1274 JM | |
| JOHN THURSTON, in his official capacity as the Secretary of State of Arkansas and his official capacity as Chairman of the Arkansas State Board of Election Commissioners; SHARON BROOKS, in her official capacity as a member of the Arkansas State Board of Election Commissioners; JAMES HARMON SMITH, III, in his official capacity as a member of the Arkansas State Board of Election Commissioners; BILENDA HARRIS-RITTER, in her official capacity as a member of the Arkansas State Board of Election Commissioners; CHARLES ROBERTS, in his official capacity as a member of the Arkansas State Board of Election Commissioners; WILLIAM LUTHER, in his official capacity as a member of the Arkansas State Board of Election Commissioners; and JAMES SHARP, in his official capacity as a member of the Arkansas State Board of Election Commissioners | DEFENDANTS |

## MOTION TO DISMISS WITHOUT PREJUDICE
## AND INCORPERATED BRIEF

Plaintiffs Marquisa Wince and Mary Cantwell, for their motion to dismiss without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), state:

1. Plaintiffs filed this action in the Circuit Court of Pulaski County, Arkansas this morning. Plaintiffs challenge Ark. Code Ann. § 7-5-416(a)(5)(A) and Ark. Code Ann. § 7-5-416(d), which requires election officials to complete counting all absentee ballots before the polls close on election day.

2. The arbitrary deadline imposed by Ark. Code Ann. § 7-5-416(a)(5)(A) and Ark. Code Ann. § 7-5-416(d) gives election officials less than twelve hours to count all absentee votes, with no exceptions.

3. Plaintiffs seek a preliminary injunction enjoining enforcement of the arbitrary deadlines in the upcoming 2020 general election.

4. Defendants removed this action to this Court this afternoon, asserting that this Court has federal question jurisdiction.

5. After Defendants removed this case, but before Plaintiffs received notice of Defendants' filing (due to delaying inherent in the electronic filing system), Plaintiffs filed an Amended Complaint in the state court action removing any federal law claims. *See* **Amended Complaint, attached and incorporated as Exhibit A**.

6. Plaintiffs intend to pursue only state law claims and are refiling suit in the Pulaski County Circuit Court without asserting any federal law claims.

7. If Plaintiffs filed their amended complaint in this action, which removes any federal law claims, this Court it is within this Court's discretion to not exercise supplemental jurisdiction and remand this action to the Pulaski County Circuit Court. *Carlsbad Tech., Inc. v. HIF Bio, Inc.*, 556 U.S. 635, 640 (2009).

8. Rather than taking that route, as election day is upcoming, and to allow this action to proceed expeditiously in state court, Plaintiffs move for dismissal without prejudice of this action pursuant to Federal Rule off Civil Procedure 41(a)(2).

Wherefore Marquisa Wince and Mary Cantwell request that this Court dismiss without prejudice this action pursuant to Federal Rule off Civil Procedure 41(a)(2), and for all other proper relief.

>John E. Tull, III
>Ark. Bar No. 84150
>Christoph Keller
>Ark. Bar No. 2015145
>Attorney for Plaintiffs Marquisa Wince and Mary Cantwell
>QUATTLEBAUM, GROOMS & TULL PLLC
>111 Center Street, Suite 1900
>Little Rock, Arkansas 72201
>Telephone:   (501) 379-1700
>Facsimile:   (501) 379-1701
>Email:       jtull@qgtlaw.com
>             ckeller@qgtlaw.com