IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARQUISA WINCE and                                                                      PLAINTIFFS
MARY CANTWELL

v.                                               Case No. 4:20-cv-1274 BSM

JOHN THURSTON, in his official capacity as the Secretary of State of Arkansas and his official capacity as Chairman of the Arkansas State Board of Election Commissioners; SHARON BROOKS, in her official capacity as a member of the Arkansas State Board of Election Commissioners; JAMES HARMON SMITH, III, in his official capacity as a member of the Arkansas State Board of Election Commissioners; BILENDA HARRIS-RITTER, in her official capacity as a member of the Arkansas State Board of Election Commissioners; CHARLES ROBERTS, in his official capacity as a member of the Arkansas State Board of Election Commissioners; WILLIAM LUTHER, in his official capacity as a member of the Arkansas State Board of Election Commissioners; and JAMES SHARP, in his official capacity as a member of the Arkansas State Board of Election Commissioners                                        DEFENDANTS

## WITHDRAWAL OF MOTION TO DISMISS WITHOUT PREJUDICE
## AND REQUEST FOR EXPEDITED HEARING

1.     Plaintiffs filed this action in the Circuit Court of Pulaski County, Arkansas on Friday, October 23, 2020.  Plaintiffs challenge Ark. Code Ann. § 7-5-416(a)(5)(A) and Ark. Code Ann. § 7-5-416(d), which requires election officials to complete counting all absentee ballots before the polls close on election day.

2.     Defendants removed this action to this Court the same day, asserting that this Court has federal question jurisdiction.

3. Plaintiffs filed a Motion to Dismiss Without Prejudice this action, as Plaintiffs intended to pursue only state law claims (Dkt. No. 6). In their Motion, Plaintiffs informed this Court that they intended to promptly refile their state law claims in Pulaski County.

4. The evening of October 23, Defendants informed the Court that they intended to file a response objecting to the Motion to Dismiss Without Prejudice.

5. This morning, Plaintiffs filed a complaint challenging Ark. Code Ann. § 7-5-416(a)(5)(A) and Ark. Code Ann. § 7-5-416(d) under the Arkansas Constitution.

6. Defendants removed *that* action as well and moved to consolidate the cases. *See Wince et al. v. Thurston, et al.*, Case No. 4:20-cv-1278 (E.D. Ark.).

7. Defendants' actions make clear that, regardless of how Plaintiffs attempt to address this unanswered question of Arkansas law, Defendants will take any action necessary to prevent a state court from interpreting state law and, more importantly, delay resolving this issue before election day.

8. Therefore, Plaintiffs withdraw their Motion to Dismiss Without Prejudice (Dkt. No. 6) and ask that this Court schedule a hearing on their request for a preliminary injunction for later this week.

Wherefore Marquisa Wince and Mary Cantwell withdraw their previous Motion to Dismiss and request that this Court set an expedited hearing on their request for a preliminary injunction.

          John E. Tull, III
          Ark. Bar No. 84150
          Christoph Keller
          Ark. Bar No. 2015145
          Attorney for Plaintiffs Marquisa Wince and Mary Cantwell
          QUATTLEBAUM, GROOMS & TULL PLLC
          111 Center Street, Suite 1900
          Little Rock, Arkansas 72201
          Telephone:   (501) 379-1700
          Facsimile:   (501) 379-1701
          Email:   jtull@qgtlaw.com
                      ckeller@qgtlaw.com