### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MARQUISA WINCE and**                                             **PLAINTIFFS**
**MARY CANTWELL**

**v.**                  **CASE NO. 4:20-CV-01274-BSM**

**JOHN THURSTON,** *et al.*                                         **DEFENDANTS**

### ORDER

Plaintiffs' motion to withdraw their motion to dismiss [Doc. No. 7] is granted. The clerk is directed to terminate plaintiffs' motion to dismiss, Doc. No. 6. Plaintiffs' motion for an expedited hearing is granted. A hearing on plaintiffs' request for a preliminary injunction is set for 1:00 p.m. on October 28, 2020, in Courtroom #2D in Little Rock.

IT IS SO ORDERED this 26th day of October, 2020.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE