IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
_____ DIVISION

MARQUISA WINCE and      PLAINTIFFS
MARY CANTWELL

v.     Case No. _____

JOHN THURSTON, in his official capacity as the Secretary of State of Arkansas and his official capacity as Chairman of the Arkansas State Board of Election Commissioners; SHARON BROOKS, in her official capacity as a member of the Arkansas State Board of Election Commissioners; JAMES HARMON SMITH, III, in his official capacity as a member of the Arkansas State Board of Election Commissioners; BILENDA HARRIS-RITTER, in her official capacity as a member of the Arkansas State Board of Election Commissioners; CHARLES ROBERTS, in his official capacity as a member of the Arkansas State Board of Election Commissioners; WILLIAM LUTHER, in his official capacity as a member of the Arkansas State Board of Election Commissioners; and JAMES SHARP, in his official capacity as a member of the Arkansas State Board of Election Commissioners     DEFENDANTS

## AFFIDAVIT OF SUSAN INMAN

I, Susan Inman, first being duly sworn, upon oath of personal knowledge state:

1. My name is Susan Inman. I was born and raised in Arkansas and currently reside in Pulaski County.

2. I have been involved in running elections in Pulaski County since 1994. I served as the Pulaski County Election Director from 1994-2000. From June 2000 to February 2003, I served as the director of elections for the Arkansas Secretary of State. After leaving the Secretary


EXHIBIT A

of State's Office, I returned to service as the Pulaski County Election Director until retiring from the post in February 2009. From 2011 to 2013, I served as an appointed member of the State Board of Election Commissioners. I was also elected as a member of the Pulaski County Board of Election Commissioners in 2012 and served in that role until August 2013, when I resigned to run for Secretary of State.

3. In addition to these professional responsibilities, I founded and was the first president of the Arkansas County Election Commissions Association. I continue to volunteer with a number of organizations involved in voter advocacy. I am also currently volunteering as a poll watcher in Pulaski County.

4. I have first-hand knowledge with how elections are conducted in Arkansas and how they have been conducted in the past. That includes how absentee ballots are processed and counted.

5. In Arkansas, voters deliver absentee ballots to their respective county clerk's office. When the clerk's office receives an absentee ballot, it stamps the outer envelope as being received on that date and records the ballot in the voter registration system. The clerk's office attaches a copy of the voter's application for an absentee ballot to the outside of the envelope, then places the envelope in a sealed box for delivery to the county election commission.

6. In a typical year, the sealed boxes containing absentee ballots are delivered to county election commissions no earlier than the Tuesday before election day, which is when the election commissioners are permitted to begin canvassing the absentee ballots. To canvass an absentee ballot, an election official opens the outer envelope and compares the information provided inside with the information on the voter's application for absentee ballot (which the

county clerk's office attached to the outer envelope). If there are no irregularities, the official places the sealed ballot in another ballot box that remains sealed until election day.

7. If the election official finds anything irregular with an absentee ballot during the canvassing process, the ballot is treated as a provisional ballot to be addressed by the election commission on election day. Each provisional absentee ballot must be reviewed by three election commissioners. In my experience, election commissioners frequently do not review provisional absentee ballots until after the polls close. This year, the Pulaski County Election Commission is not convening until 9:00 pm on election night to begin reviewing provisional absentee ballots. Provisional absentee ballots often require additional verification by the county clerk that may push a decision on the provisional ballot to the day after the election or even beyond.

8. Due to COVID-19, Governor Hutchinson issued an Executive Order permitting election commissions to begin canvassing absentee ballots earlier this year. Pulaski County and several of the larger counties started canvassing the ballots on October 19, the earlier date allowed by the Executive Order. Some counties, however, have not started canvassing absentee ballots. For example, Jefferson County will not begin to canvass absentee ballots until 3:00 pm the day before the election.

9. Under Arkansas law, election officials cannot begin counting absentee ballots until election day. In my decades of involvement with elections in Arkansas, there were always uncounted absentee ballots at 7:30 pm on election night.

10. Particularly considering the dramatic increase in absentee voting due to COVID-19, it is impossible for election officials to count every absentee ballot before the polls close.

Further affiant sayeth not.

The foregoing is true and correct to the best of my knowledge, information, and belief.

*/s/ Susan Inman*
SUSAN INMAN

## ACKNOWLEDGMENT

STATE OF ARKANSAS       )
                        ) SS.
COUNTY OF PULASKI       )

Subscribed and sworn to before me this 22nd day of October, 2020.

My commission expires:

June 13, 2025

*/s/ Kathy A. Wycoff*
Notary Public

KATHY A. WYCOFF
NOTARY PUBLIC
Pulaski County, Arkansas
My Commission Expires June 13, 2025
Commission # 12690121

4