IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| MARQUISA WINCE and<br>MARY CANTWELL | PLAINTIFFS |
| v.  Case No. 4:20-cv-1274 BSM | |
| JOHN THURSTON, in his official capacity as the Secretary of State of Arkansas and his official capacity as Chairman of the Arkansas State Board of Election Commissioners; SHARON BROOKS, in her official capacity as a member of the Arkansas State Board of Election Commissioners; JAMES HARMON SMITH, III, in his official capacity as a member of the Arkansas State Board of Election Commissioners; BILENDA HARRIS-RITTER, in her official capacity as a member of the Arkansas State Board of Election Commissioners; CHARLES ROBERTS, in his official capacity as a member of the Arkansas State Board of Election Commissioners; WILLIAM LUTHER, in his official capacity as a member of the Arkansas State Board of Election Commissioners; and JAMES SHARP, in his official capacity as a member of the Arkansas State Board of Election Commissioners | DEFENDANTS |

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs Marquisa Wince and Mary Cantwell, for their Motion for Preliminary Injunction, state:

1. Ms. Wince and Ms. Cantwell are qualified voters who cast absentee votes in the upcoming election.

2. Arkansas's Absentee Ballot Statute prohibits election officials from beginning to count absentee ballots before 8:30 a.m. on election day. *See* Ark. Code Ann. § 7-5-416(a)(1). In fact, the Absentee Ballot Statute is drafted in such a way that election officials are prohibited from beginning to count absentee ballots until after the polls close. *See* Ark. Code Ann. § 7-5-

416(b)(1)(M) (prohibiting election officials from beginning to count absentee ballots until "all of the inner envelopes containing the ballots have been placed in the ballot box"); *see also* Ark. Code Ann. § 7-5-411(a)(1) (providing that absentee votes delivered by mail or designated bearer must be accepted so long as the county clerk receives the ballot by 7:30 p.m. on election day).

3. Yet the Absentee Ballot Statute also requires election officials to complete counting the ballots before the polls close on election day. Ark. Code Ann. § 7-5-416(a)(5)(A); Ark. Code Ann. § 7-5-416(d).

4. It is impossible for election officials to meet this deadline, meaning valid absentee ballots cast by Ms. Wince, Ms. Cantwell, and other qualified Arkansas voters will not be counted in the upcoming 2020 general election.

5. This arbitrary deadline is an unconstitutional burden on Ms. Wince and Ms. Cantwell's fundamental right of suffrage under Article III, Sections 1 and 2 of the Arkansas Constitution.

6. Ms. Wince and Ms. Cantwell seek a preliminary injunction enjoining Defendants from enforcing Ark. Code Ann. § 7-5-416(a)(5)(A) and Ark. Code Ann. § 7-5-416(d), the two sections of the Absentee Ballot Statute that require election officials to complete counting absentee ballots before the polls close on election day.

7. A brief in support of this motion is filed contemporaneously and incorporated by reference.

WHEREFORE, Marquisa Wince and Mary Cantwell respectfully request that this Court grant their Preliminary Injunction.

        John E. Tull, III
        Ark. Bar No. 84150
        Christoph Keller
        Ark. Bar No. 2015145
        Attorney for Plaintiffs Marquisa Wince and Mary Cantwell
        QUATTLEBAUM, GROOMS & TULL PLLC
        111 Center Street, Suite 1900
        Little Rock, Arkansas 72201
        Telephone:  (501) 379-1700
        Facsimile:  (501) 379-1701
        Email:  jtull@qgtlaw.com
                ckeller@qgtlaw.com