UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARQUISA WINCE and
MARY CANTWELL                                                                          PLAINTIFFS

v.                              CASE NO. 4:20-CV-001274 BSM

JOHN THURSTON, *et al.*                                                                  DEFENDANT

## ORDER

Christoph Keller and John Tull, counsel for plaintiffs, are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold United States Courthouse in Little Rock on Wednesday, October 28, 2020, for the hearing on plaintiffs' request for a preliminary injunction in the above styled case, subject to the following rules:

1. The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

2. Cell phones must be turned off and put away when in the courtroom.

3. Wireless internet components of electronic devices must be deactivated when in district courtrooms.

4. Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to, placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

5. The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (1), (2), or (3) may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 28th day of October, 2020.

                                                   _/s/ Brian S. Miller_
                                                   UNITED STATES DISTRICT JUDGE