# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARQUISA WINCE and**                                                   **PLAINTIFFS**
**MARY CANTWELL**

**v.**                      **CASE NO. 4:20-CV-1278-BSM**

**JOHN THURSTON,** *et al.*                                           **DEFENDANTS**

## ORDER

This case is consolidated *sua sponte* with *Wince, et al. v. Thurston, et al.*, case number 4:20-cv-1274-BSM. *See* Fed. R. Civ. P. 42. The clerk is directed to terminate case number *Wince, et al. v. Thurston, et al.*, case number 4:20-cv-1278-BSM.

IT IS SO ORDERED this 28th day of October, 2020.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE