# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MARQUISA WINCE; and**
**MARY CANTWELL,**

                                                  **PLAINTIFFS,**

**v.**     **No. 4:20-CV-1274-BSM**

**JOHN THURSTON, in his official capacity**
**as the Secretary of State of Arkansas and**
**his official capacity as Chairman of the Arkansas**
**State Board of Election Commissioners; et al.,**

                                                  **DEFENDANTS.**

## DEFENDANTS' MOTION TO DISMISS

As this Court has already ruled, Plaintiffs lack standing. *See* Order, DE 18 at 4-5. For this reason and for the reasons in Defendants' simultaneously filed brief in support, the Court should dismiss Plaintiffs' Amended Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. *See* Fed. R. Civ. P. 12(b)(1), (6).

                          Respectfully submitted,

                          LESLIE RUTLEDGE
                            Arkansas Attorney General

                          VINCENT M. WAGNER (2019071)
                            Deputy Solicitor General
                          MICHAEL A. CANTRELL (2012287)
                            Assistant Solicitor General
                          MICHAEL A. MOSLEY (2002099)
                            Assistant Attorney General

                          OFFICE OF THE ARKANSAS
                           ATTORNEY GENERAL
                          323 Center Street, Suite 200
                          Little Rock, Arkansas 72201
                          (501) 682-8090
                          (501) 682-7395
                          vincent.wagner@arkansasag.gov

                          *Attorneys for Defendants*