# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARQUISA WINCE and**                                                            **PLAINTIFFS**
**MARY CANTWELL**

**v.**                          **CASE NO. 4:20-CV-1274-BSM**

**JOHN THURSTON,** *et al.*                                             **DEFENDANTS**

## ORDER

The motion to dismiss of Marquisa Wince and Mary Cantwell [Doc. No. 21] is granted. Plaintiffs lack standing, *see* Doc. No. 18 at 4–5, so this case is dismissed without prejudice for lack of subject matter jurisdiction. *See Cty. of Mille Lacs v. Benjamin*, 362 F.3d 460, 464–65 (8th Cir. 2004). Defendants' motion to dismiss [Doc. No. 19] is denied as moot.

IT IS SO ORDERED this 24th day of November, 2020.

                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE