IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARQUISA WINCE and**                        **PLAINTIFFS**
**MARY CANTWELL**

**v.**            **CASE NO. 4:20-CV-1274-BSM**

**JOHN THURSTON,** *et al.*                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE